1  MATTHEW D. FRANCIS
   Nevada State Bar No. 6978
2  RYAN J. CUDNIK
   Nevada State Bar No. 12948
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   5371 Kietzke Lane
4  Reno, Nevada 89511
   Telephone: (775) 324-4100
5  Facsimile: (775) 333-8171
   Email: mfrancis@bhfs.com
6         rcudnik@bhfs.com

7  *Attorneys for Plaintiffs USSC Holdings Corp.; Music
   City Fire Co.; Robert J. Buckley; and Steve Paladino*

8

9                  **UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF NEVADA**

11 | USSC HOLDINGS CORP., a Nevada
   | corporation, MUSIC CITY FIRE CO., a
12 | Nevada corporation, ROBERT J.          Case Nos.   3:16-cv-00398-RCJ-WGC
   | BUCKLEY, an individual, STEVE                      3:16-cv-00697-RCJ-WGC
13 | PALADINO, an individual,

14 |                Plaintiffs,             **STIPULATION AND [PROPOSED] ORDER
   |                                        FOR DISMISSAL WITH PREJUDICE**
15 | v.

16 | TK PRODUCTS, LLC, an Oregon limited
   | liability company, KURT O. BAUER, an
17 | individual, TRENT C. FARRER, an
   | individual,
18 |
19 |                Defendants.

20        Plaintiffs/Counterdefendants USSC Holdings Corp., Music City Fire Co., Robert J.

21 Buckley, and Steve Paladino, by and through their undersigned counsel, and

22
   Defendants/Counterclaimants TK Products, LLC; Kurt O. Bauer; and Trent C. Farrer, by and
23
   through their undersigned counsel, hereby stipulate to dismiss this action as well as Case
24
25 No. 3:16-cv-00697-RCJ-WGC and all claims and counterclaims with prejudice pursuant to Fed.

26 R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

27

28
                                            1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775.324.4100

DATED this 6th day of November, 2017

DATED this 6th day of November, 2017

BROWNSTEIN HYATT FARBER SCHRECK, LLP

DOTSON LAW

By: _/s/ Ryan J. Cudnik_
     Matthew D. Francis
     Ryan J. Cudnik
     5371 Kietzke Lane
     Reno, Nevada 89511
     mfrancis@bhfs.com
     rcudnik@bhfs.com

Attorneys for Plaintiffs

By: _/s/ Sandra S. Gustitus_
     Robert A. Dotson
     One East First Street, Suite 1600
     Reno, Nevada 89501
     rdotson@dotsonlaw.com

CHENOWETH LAW GROUP PC
Brian D. Chenoweth
Sandra S. Gustitus
510 SW 5th Avenue, 5th Floor
Portland, Oregon 97204
brianc@northwestlaw.com
sgustitus@northwestlaw.com

Attorneys for Defendants

## ORDER ON STIPULATION

IT IS SO ORDERED.

DATED this 6 day of November, 2017.

_____
DISTRICT/MAGISTRATE COURT JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775 324 4100

2